

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00371-CV

**IN RE** Modesto E. **GARZA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              H. Todd McCray, Justice

Delivered and Filed: June 25, 2025

PETITION FOR WRIT OF MANDAMUS AND EMERGENCY STAY DENIED

Relator filed his petition for writ of mandamus on June 10, 2025, seeking an order compelling respondent to authorize substitute service on the real party in interest. Relator has failed to comply with Texas Rules of Appellate Procedure 52.3(k) and 52.7. The court has determined that relator is not entitled to the relief requested based on the record and petition filed. Relator's petition for writ of mandamus and motion for emergency stay are **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI07072, styled *Modesto E. Garza v. Keera Ficken*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.